# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MEJIA,<br><br>          Petitioner,<br><br>        v.<br><br>J. T. OCHOA, Warden,<br><br>          Respondent. | Case No. CV 11-4481 SVW (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: April 24, 2012

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE